**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: February 11, 2015**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FRANCIS J. BRENNAN | ) | |
| SSN:  XXX-XX-5683 | ) | CASE NO. 13-53469 |
| | ) | CHAPTER 13 |
| AND | ) | JUDGE J. E. HOFFMAN, JR. |
| | ) | |
| TAMY L. BRENNAN | ) | |
| SSN:  XXX-XX-6458 | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING AMENDED MOTION TO MODIFY CHAPTER 13 PLAN PURSUANT TO L.B.R. 3015-2(b) [Doc. 81]**

This matter came on for consideration upon an Amended Motion to Modify Chapter 13 Plan Pursuant to L.B.R. 3015-2(b) filed by the Debtors. The Court finds that the Debtors have served a twenty-one (21) day notice in writing to the Chapter 13 Trustee and to all creditors and parties in interest.

The Court finds that no valid written objections have been received by the Court or the

Chapter 13 Trustee to the Motion to Modify, or they have been withdrawn, and for good cause appearing, therefore, it is

**ORDERED** that the Debtors' Chapter 13 Plan confirmed by this Court on July 11, 2013, be modified in the following respects, and that pursuant to Section 1329(b)(2) of the U.S. Bankruptcy Code, the plan, as modified, shall become the Debtors' Plan as follows:

1. That the plan payment be decreased to $1,200.00 per month from December 1, 2014, through January 31, 2015;

2. That the payment be $0.00 for February 2015;

3. That the plan payment be increased to $2,625.00 starting March 1, 2015, for the remainder of the plan;

4. That there be no disbursements on the secured debt payments to Freedom Road Financial and Seven Seventeen Credit Union for the months of December 2014 through February 2015;

5. That the dividend to the unsecured creditors remain at 25 percent;

6. That notwithstanding the proposed dividend to unsecured creditors the debtor shall make plan payments as required by 11 USC §1325 for the applicable commitment of 36 or 60 months and the Chapter 13 Trustee is authorized to administratively adjust the proposed dividend to unsecured creditors accordingly.

**IT IS SO ORDERED.**

Copies to:

Default List

###