Davis & Kotur Law Office Co. LPA
407 Howard Street
Bridgeport, OH   43912

**Invoice for Services**

**Client:**     **Brennan, Frank & Tamy**          **Attorney Rate: $150.00/hour**

**Paralegal Rate: $30.00**

| Date | Services Performed | Rate | Hours | Total |
|------|--------------------|------|-------|-------|
| 09/02/2014 | Prepare Motion to Modify [Doc. 71], Amended I and J; amended wage order; File Motion; Run copies and print envelopes | Attorney | 1.2 | $180.00 |
| 09/02/2014 | Stuff envelopes and mail | Paralegal | .1 | $3.00 |
| 12/12/2014 | Draft Agreed Order | Attorney | 0.2 | $30.00 |
| 12/17/2014 | Draft and File new Motion to Modify [Doc. 79], amended I and J; file motion | Attorney | 1.0 | $150.00 |
| 12/17/2014 | Run copies of motion and mail motion | Paralegal | 0.3 | $9.00 |
| 01/05/2015 | Prepare and file amended motion to modify [Doc. 81] | Attorney | 0.5 | $0.00 |
| 02/10/2015 | Prepare and file order on amended motion to modify | Attorney | 0.1 | 15.00 |

**Balance due:     $387.00**