**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FRANCIS J. BRENNAN ) | |
| SSN:  XXX-XX-5683 ) | CASE NO. 13-53469 |
| ) | CHAPTER 13 |
| AND ) | JUDGE J. E. HOFFMAN, JR. |
| ) | |
| TAMY L. BRENNAN ) | |
| SSN:  XXX-XX-6458 ) | |
| ) | |
| Debtors. ) | |

**MEMORANDUM OF DEBTORS IN OPPOSITION**
**TO MOTION TO DISMISS**

Now come the Debtors, Francis J. Brennan and Tamy L. Brennan, by their attorney, Kelly Gene Kotur, and state their opposition to the Motion to Dismiss [Doc. 85] which was filed on March 30, 2015, by Faye D. English, Chapter 13 Trustee.

A memorandum stating Debtors' position on this Motion is set forth below.  Debtors respectfully request a hearing on this matter.

**DAVIS & KOTUR LAW OFFICE CO. LPA**

/s/Kelly Gene Kotur
Kelly Gene Kotur (0081295)
407-A Howard Street
Bridgeport, OH 43912
Telephone:  (740) 635-1217
Fax:  (740) 633-9843
kellykoturdlo@comcast.net
Attorney for Debtor

**MEMORANDUM**

On March 30, 2015, Faye D. English, Chapter 13 Trustee, filed a Motion to Dismiss [Doc. 85] the debtors' bankruptcy because there is an arrearage of approximately 2 months and $5,694.00.  In response, Mr. and Mrs. Brennan state that they have had numerous financial issues recently stemming

from the fact that Mr. Brennan was temporarily off of work for health problems. Mr. Brennan returned to work in the last part of March, and therefore, the debtors will be able to resume their payments.

**WHEREFORE,** Debtors pray that the Motion to Dismiss be overruled as debtors will resume and maintain their payments to the Trustee.

**DAVIS & KOTUR LAW OFFICE CO. LPA**

/s/Kelly Gene Kotur
Kelly Gene Kotur (0081295)
407-A Howard Street
Bridgeport, OH 43912
Telephone: (740) 635-1217
Fax: (740) 633-9843
kellykoturdlo@comcast.net
Attorney for Debtors

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a photocopy of the foregoing Memorandum was served upon the following parties either electronically through this Court's ECF system at the email address registered with the Court or by first-class mail, postage prepaid, this 31st day of March, 2015:

1. Faye D. English, Chapter 13 Trustee, 10 West Broad Street, Suite 900, Columbus, OH 43215 faye.english@ch13columbus.com.

2. Mary Anne Wilsbacher, Assistant U.S. Trustee, Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, OH 43215, ust9region09.cb.ecf@usdoj.gov.

3. Francis J. Brennan and Tamy L. Brennan, 4114 Township Road 241 Toronto, OH 43964.

/s/Kelly Gene Kotur
Kelly Gene Kotur
Attorney for Debtors